UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:18-cr-00059-RLY-CSW |
| | ) |
| MELVIN STEVISON, | ) -01 |
| | ) |
| Defendant. | ) |

**REPORT AND RECOMMENDATION**

On March 17, 2025, the Court held a hearing on the Petition for Warrant for Offender Under Supervision filed December 16, 2025, (Dkt. No. 82). Defendant Melvin Stevison appeared in person and with CJA Counsel Alex Scates. The government appeared by Lauren Wheatley, Assistant United States Attorney. U. S. Probation appeared by Officer Andrea Hillgoth.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to the disposition. (Docket No. 85). The defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Stevison of his rights and provided him with a copy of the petition.

2. After being placed under oath, Defendant Stevison admitted violation numbers 1 and 2. (Docket No. 82).

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall reside in a residential reentry center for a period of up to 180 days. You shall abide by the rules and regulations of the facility."**<br><br>On December 8, 2024, Melvin Stevison was discharged from the residential rentry center (RRC) for failure to follow program rules. |
| 2 | **"You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change."**<br><br>On December 8, 2024, Melvin Stevison was discharged from the RRC. He failed to contact the Probation Officer regarding his change in residence. His current whereabouts are unknown. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade **C** violation.

   (b) Defendant's criminal history category is **V**.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is **7 to 13 months** imprisonment.

5. The parties jointly recommended a sentence of incarceration of thirteen (13) months with no further supervision.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of thirteen (13) months with no supervised release to follow. The Magistrate Judge further recommends defendant be housed at a facility near Memphis, Tennessee or in a facility in the South per his request to be near family.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen (14) day period to object to the Report and Recommendation.

Date: March 18, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system